ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | Case No. 3:22-cv-04368-LB |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES POSTAL SERVICE, | Date: July 13, 2023 |
| Defendant. | Time: 11:00am<br>Location: Zoom Webinar |

    Plaintiffs Sierra Club and Elders Climate Action ("Plaintiffs") and Defendant United States Postal Service ("Defendant"), by and through their undersigned counsel, submit this stipulated request to continue the case management conference currently set for July 13, 2023 to August 17, 2023, or a subsequent date convenient to the Court. This stipulation is based on the following facts:

    1.    This action arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. On March 29, 2023, the parties informed the Court that they resolved all issues regarding the search for and release of responsive documents in response to the FOIA request and the agency's position that portions of the requested documents are exempt from disclosure by one or more exemptions to FOIA. *See* Dkt. 31. The parties have since been conferring over Plaintiffs' request for attorneys' fees but require additional time to continue those discussions.

2. The parties thus stipulate and request that the case management conference currently scheduled for July 13, 2023 be continued to August 17, 2023. The parties will file an updated case management statement by August 4, 2023 if this matter has not been resolved by that time. In their joint case management statement, they will inform the Court as to whether Plaintiffs will file a motion for attorney's fees and, if so, propose a briefing schedule.

3. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: July 6, 2023        By:    */s/ Sapna Mehta*
                                  SAPNA MEHTA
                                  Assistant United States Attorney
                                  Attorney for Defendant


Dated: July 6, 2023               SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

                           By:    */s/ Elena Saxonhouse*
                                  ELENA SAXONHOUSE
                                  Attorney for Plaintiffs


**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: July 6, 2023        By:    */s/ Sapna Mehta*
                                  SAPNA MEHTA
                                  Assistant United States Attorney
                                  Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the case management conference currently set for July 13, 2023 is continued to August 17, 2023 at 11:00am. The parties shall file their updated case management statement by August 4, 2023.

IT IS SO ORDERED.

DATED:_____

                                                THE HON. LAUREL BEELER
United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE CMC
3:22-CV-04368-LB